MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JESSE RANSOM, ESQ.
Nevada Bar No. 13565
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
          jesse.ransom@akerman.com

*Attorneys for Plaintiffs Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> HIDDEN CANYON OWNERS ASSOCIATION; SFR INVESTMENTS POOL I, LLC; and ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.:  2:16-cv-02764-RFB-GWF <br><br> **STIPULATION AND ORDER FOR SECURITY OF COSTS** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant SFR Investments Pool 1, LLC (**SFR**) hereby stipulate and agree as follows:

1.  Pursuant to NRS 18.130(1) and SFR Investments Pool 1, LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) filed by SFR Investments Pool 1, LLC on December 27, 2016 [Dkt. No. 10], is granted.

2.  The plaintiff, shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to defendant SFR Investments Pool 1, LLC within seven (7) days of the entry of this order.

DATED this 10th day of January, 2016.

1

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Jesse Ransom, Esq.*<br>MELANIE D MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JESSE RANSOM, ESQ.<br>Nevada Bar No. 13565<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Bank of America, N.A.* | */s/ Diana Cline Ebron*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for Defendant SFR Investments Pool 1, LLC* |

## ORDER

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

January 13, 2017
**DATED**

2