# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>            Plaintiff, <br><br> vs. <br><br> HIDDEN CANYON OWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ABSOLUTE COLLECTION SERVICES, LLC, <br><br>            Defendants. | Case No. 2:16-cv-02764-RFB-GWF <br><br> **ORDER** |

This matter is before the Court on SFR Investments Pool 1, LLC's ("SFR") Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 10), filed on December 27, 2016.

On January 13, 2017, the Court granted the Parties' stipulation and order for security costs, which allowed Plaintiff until January 20, 2017 to post a cost bond in the amount of $500 or make a cash deposit of $500 as to Defendant SFR. *Order* (ECF No. 15). To date, Plaintiff has not complied. Accordingly,

**IT IS HEREBY ORDERED** that SFR Investments Pool 1, LLC's ("SFR") Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 10) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **April 3, 2017** to either post a cost bond in the amount of $500 or make a cash deposit of $500 as to Defendant SFR. Failure to do so may result in a report and recommendation to the District Judge that this matter be dismissed.

DATED this 24th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge