**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Hidden Canyon Owners' Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> HIDDEN CANYONS OWNERS ASSOCIATION; SFR INVESTMENTS POOL I, LLC, AND ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-02764-RFB-GWF <br><br> **STIPULATION AND ORDER EXTENDING REPLY DEADLINE (SECOND REQUEST)** <br><br> **[ECF 36]** |

Defendants Hidden Canyon Owners' Association (the "Association"), SFR Investments Pool I, LLC ("SFR") and Plaintiff, Bank of America (the "Bank")(collectively, the "Parties"), through counsel of record, hereby stipulate and agree as follows:

1. On April 19, 2019, the Parties submitted a Joint Motion extending the discovery and dispositive motions deadlines in this case [ECF 36].
2. On June 21, 2019, the Bank filed a Partial Motion for Summary Judgment [ECF 42].
3. On July 16, 2019, the Association filed a Motion for Summary Judgment [ECF 48].
4. On July 16, 2019, SFR filed a Motion for Summary Judgment [ECF 49].
5. On July 26, 2019, the Bank filed an Opposition to the Association's Motion [ECF 52] and an Opposition to SFR's Motion [ECF 53].
6. On July 26, 2019, SFR filed its Response to the Bank's Motion [ECF 54].
7. The reply deadline for all Parties is August 2, 2019.

-1-

8. Counsel for the Association has a previously scheduled event which will take him out of town on August 2, 2019.

9. Counsel for SFR and the Bank also request an extension to file their respective replies.

10. The Parties agree to extend the reply deadline for all pending motions for summary judgment from August 2, 2019 to **August 9, 2019**.

This is the Parties' second request of this extension and is not intended to cause any delay or prejudice to any party.

## **ORDER**

**IT IS SO ORDERED** this 2nd day of August, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Agreed to by:

**Leach Kern Gruchow Anderson Song**

*/s/ Ryan D. Hastings*
_____
Sean L. Anderson
Nevada Bar No. 7259
Ryan D. Hastings
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, NV 89128
*Attorneys for Hidden Canyon Owners' Association*

**Akerman, LLP**

*/s/ Jared M. Sechrist*
_____
Melanie D. Morgan
Nevada Bar No. 8215
Jared M. Sechrist
Nevada Bar No. 10439
1635 Village Center Circle #200
Las Vegas, NV 89134
*Attorneys for Bank of America*

**Kim Gilbert Ebron**

*/s/ Diana S. Ebron*
_____
Diana S. Ebron
Nevada Bar No. 10580
7625 Dean Martin Drive, #110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool I, LLC*