MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS E. BELAY, ESQ.
Nevada Bar. No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> v. <br><br> HIDDEN CANYON OWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ABSOLUTE COLLECTION SERVICES, LLC; <br><br> Defendants. | Case No.: 2:16-cv-02764-RFB-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFING [ECF NO. 72]** <br><br> **(FIRST REQUEST)** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant SFR Investments Pool 1, LLC, stipulate and request the court extend BANA's deadline to file its supplemental briefing by fourteen days, to **May 15, 2020**, and accordingly extend the deadlines for SFR to file its opposition and BANA to file its reply, to **May 29, 2020** and **June 5, 2020**, respectively, as follows:

The court entered an order ordering BANA to "submit supplement briefing no longer than ten pages excluding exhibits on whether the Court has subject matter jurisdiction over this case" by May 1, 2020.  (ECF No. 72.)  The order allows oppositions to be filed by May 15, 2020 and replies by May 22, 2020.  (*Id.*)  BANA and SFR stipulate to extend BANA's deadline to file its briefing to May 15, 2020, and extend the opposition and reply briefing deadlines accordingly, to May 29, 2020 and June 5, 2020, respectively, to allow BANA additional time to prepare its supplemental briefing.

. . .

1

This is BANA's first extension request. This request is not made to cause delay or prejudice to any party.

DATED: May 1, 2020.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Nicholas E. Belay, Esq..* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> NICHOLAS E. BELAY, ESQ. <br> Nevada Bar. No. 15175 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for plaintiff Bank of America, N.A.* | */s/ Diana S. Ebron, Esq.* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9575 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 <br><br> *Attorneys for defendant SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of May, 2020.

2

52946027;1