MELANIE D. MORGAN, ESQ.
Nevada Bar, No. 8215
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HIDDEN CANYON OWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ABSOLUTE COLLECTION SERVICES, LLC; <br><br> Defendants. | Case No.: 2:16-cv-02764-RFB-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO (1) REPLY SUPPORTING RENEWED MOTION FOR SUMMARY JUDGMENT AND (2) OPPOSE SFR'S REQUEST FOR RULE 56(D) RELIEF [ECF NOS. 95, 97]** <br><br> **FIRST REQUEST** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant SFR Investments Pool 1, LLC respectfully submit the following stipulation to allow BANA seven additional days to (**1**) reply supporting its renewed motion for summary judgment, ECF No. 95 and (**2**) oppose SFR's request for Rule 56(d) relief, ECF No. 97.

BANA renewed its previously-filed motion for summary judgment on May 17, 2021. (ECF No. 95.) SFR filed its opposition and an alternative request for Rule 56(d) relief on June 7, 2021. (ECF Nos. 96, 97.) BANA's reply and opposition are due June 21, 2021.

The parties stipulate to extending BANA's reply and opposition deadline by 7 days, to **June 28, 2021**, to allow BANA additional time to prepare its briefing.

///

///

1

58697691;1

This is BANA's first extension request, and it is not made to cause delay or prejudice to any party.

| | |
|---|---|
| DATED: June 18, 2021. | DATED: June 18, 2021. |
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| /s/ *Lilith Xara* | /s/ *Diana S. Ebron* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>LILITH V. XARA, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for plaintiff Bank of America, N.A.* | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for defendant SFR Investments Pool, 1, LLC* |

**ORDER**

_____
RICHARD F. BOULWARE, II
**United States District Court**

DATED this 21st day of June, 2021.

2

58697691;1