MELANIE D. MORGAN, ESQ.
Nevada Bar, No. 8215
LILITH XARA, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  lilith.xara@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                    Plaintiff,<br><br>v.<br><br>HIDDEN CANYON OWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ABSOLUTE COLLECTION SERVICES, LLC;<br><br>                    Defendants. | Case No. 2:16-cv-02764-RFB-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED ORDER** |

Bank of America, N.A. (**BANA**) and SFR Investments Pool 1, LLC (**SFR**), hereby stipulate and agree that the parties shall have an additional seven (7) days, up to and including **April 12, 2022**, to file the proposed order following the hearing on March 29, 2022, which is currently due on April 5, 2022, pursuant to ECF No. 107.

The parties are requesting the extension due to a combination of client revisions and delays faced by BANA's counsel.

///

///

///

///

{62916242}

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 5th day of April, 2022.

| | |
|---|---|
| **AKERMAN LLP**<br><br>/s/ *Lilith V. Xara*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar, No. 8215<br>LILITH XARA, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | **HANKS LAW GROUP**<br><br>*/s/ Chantel M. Schimming*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

RICHARD F. BOULWARE, II
United States District Court

DATED this 6th day of April, 2022.